1 | MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
2 | NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
3 | JAVIER SERRANO (CA SBN 252266)
JSerrano@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
6 | Facsimile: (415) 268-7522

7 | Attorneys for Defendants
C&A MARKETING, INC., C&A LICENSING, LLC, AND
8 | PLR IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC., | Case No. 3:16-cv-03590-JST |
| Plaintiff, | |
| v. | **STIPULATION AND [**~~PROPOSED~~**] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| C&A MARKETING, INC., C&A LICENSING, LLC, AND PLR IP HOLDINGS, LLC, | |
| Defendants. | |

Pursuant to Civil L.R. 6-2, the parties hereby request an order moving the initial CMC from October 12, 2016, to October 19, 2016, or another date subject to the Court's convenience, as October 12, 2016, is the religious holiday of Yom Kippur, which C&A Marketing's lead counsel and inside counsel both observe.

The parties previously stipulated to a 15-day extension of time for Defendants to respond to the initial complaint on July 9, 2016. (ECF No. 11). The only other time modifications in this case resulted from the reassignment from Judge Cousins to Judge Tigar. The parties have not previously requested any other modifications of time.

This change in schedule will also change related deadlines that are continued if the Initial Case Management Conference is continued per the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 5 at 2): the deadlines to hold the Rule 26(f) conference and file the ADR Certification, Stipulation to ADR Process or Notice of Need for ADR Phone Conference, and Initial Case Management Statement.

Dated: September 20, 2016

/s/ Steven D. Moore
MEHRNAZ BOROUMAND SMITH (Bar No. 197271)
mboroumand@kilpatricktownsend.com
STEVEN D. MOORE (Bar No. 290875)
smoore@kilpatricktownsend.com
DARIUS C. SAMEROTTE (Bar No. 296252)
dsamerotte@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Plaintiff GoPro, Inc.

Dated: September 20, 2016

/s/ Nathan B. Sabri
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
JAVIER SERRANO (CA SBN 252266)
JSerrano@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-cv-03590-JST
sf-3695523

1


1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: September 20, 2016

_____
Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-cv-03590-JST
sf-3695523

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Nathan B. Sabri, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order for Continuance of Initial Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that Steven D. Moore has concurred in this filing.

Dated: September 20, 2016             */s/ Nathan B. Sabri*
                                            Nathan B. Sabri