MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
ESTHER KIM CHANG (CA SBN 258024)
EChang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
C&A MARKETING, INC., C&A LICENSING, LLC, AND
PLR IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPRO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>C&A MARKETING, INC., C&A LICENSING, LLC, AND PLR IP HOLDINGS, LLC,<br><br>Defendants. | Case No. 3:16-cv-03590-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE INVALIDITY CONTENTIONS AND EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS** |

Pursuant to Local Rule 6-1(b), Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC ("Defendants") and Plaintiff GoPro, Inc. ("GoPro") hereby stipulate as follows:

WHEREAS, the Court's Order Correcting Supplemental Scheduling Order (Dkt. 33) set Defendants' deadline to serve invalidity contentions at January 16, 2017;

WHEREAS, January 16, 2017, is a federal holiday;

WHEREAS, Defendants request two additional days in which to draft their contentions;

WHEREAS, the Court's Order Correcting Supplemental Scheduling Order (Dkt. 33) set the deadline for exchanging preliminary claim constructions at February 20, 2017;

WHEREAS, February 20, 2017, is a federal holiday;

WHEREAS, the parties request an additional day in which to exchange their preliminary claim constructions;

IT IS HEREBY STIPULATED AND AGREED that Defendants' deadline to serve invalidity contentions shall be extended to January 18, 2017, and the deadline for the parties to exchange preliminary claim constructions shall be extended to February 21, 2017.  The parties previously stipulated to extend time to respond to the Complaint and continue the initial case management conference.  This extension will not otherwise affect the schedule for the case.

| Dated:  January 13, 2017 | Dated:  January 13, 2017 |
|---|---|
| */s/ Mehrnaz Boroumand Smith* | */s/ Nathan B. Sabri* |
| MEHRNAZ BOROUMAND SMITH (Bar No. 197271)<br>mboroumand@kilpatricktownsend.com<br>STEVEN D. MOORE (Bar No. 290875)<br>smoore@kilpatricktownsend.com<br>DARIUS C. SAMEROTTE (Bar No. 296252)<br>dsamerotte@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone: 415 576 0200<br>Facsimile: 415 576 0300<br><br>Attorneys for Plaintiff GoPro, Inc. | MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com<br>NATHAN B. SABRI (CA SBN 252216)<br>NSabri@mofo.com<br>ESTHER KIM CHANG (CA SBN 258024)<br>EChang@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE INVALIDITY CONTENTIONS AND EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS
CASE NO. 3:16-cv-03590-JST
sf-3731387

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 18, 2017

_____
Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE INVALIDITY CONTENTIONS AND EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS
CASE NO. 3:16-cv-03590-JST
sf-3731387

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Nathan B. Sabri, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE INVALIDITY CONTENTIONS AND EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS**.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Mehrnaz Boroumand Smith has concurred in this filing.

Dated:  January 13, 2017                          */s/ Nathan B. Sabri*
                                                                    Nathan B. Sabri

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE INVALIDITY CONTENTIONS AND EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS
CASE NO. 3:16-cv-03590-JST
sf-3731387

3