KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (Bar No. 290875)
smoore@kilpatricktownsend.com
MEHRNAZ BOROUMAND SMITH (Bar No. 197271)
mboroumand@kilpatricktownsend.com
DARIUS C. SAMEROTTE (Bar No. 296252)
dsamerotte@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:   415 576 0300

Attorneys for Plaintiff
GOPRO, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOPRO, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C&A MARKETING, INC., C&A LICENSING, LLC, AND PLR IP HOLDINGS, LLC,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:16-cv-03590-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE DAMAGES CONTENTIONS AND RESPONSIVE DAMAGES CONTENTIONS**<br><br>Complaint Filed:　　June 27, 2016 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Case No. 3:16-cv-03590-JST

Pursuant to Local Rule 6-1(b), Plaintiff GoPro, Inc. ("GoPro") and Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC ("Defendants") hereby stipulate as follows:

WHEREAS, the Northern District of California revised its Patent Local Rules on January 17, 2017;

WHEREAS, these revised Patent Local Rules now require the exchange of Damages Contentions and Responsive Damages Contentions under Patent Local Rule ("Patent L.R.") 3-8 and 3-9, respectively;

WHEREAS, Patent L.R. 3-8 and 3-9 contemplate the prior identification of information and production of documents relating to damages under Patent L.R. 3-1(h), 3-2(f)–(j), and 3-4(c)–(e);

WHEREAS, GoPro previously served Infringement Contentions under Patent L.R. 3-1, and the parties produced documents pursuant to Patent L.R. 3-2 and 3-4 prior to the revision of the Patent Local Rules;

WHEREAS, the parties' compliance with these new Patent Local Rules relating to damages would assist their completion of Damages Contentions and Responsive Damages Contentions;

IT IS HEREBY STIPULATED AND AGREED that on April 5, 2017, GoPro will serve amended Infringement Contentions, amended only to "[i]dentify the timing of the point of first infringement, the start of claimed damages, and the end of claimed damages," pursuant to Patent L.R. 3-1(h);

IT IS FURTHER STIPULATED AND AGREED that on April 5, 2017, the parties will produce documents responsive to Patent L.R. 3-2(f)–(j) and 3-4(c)–(e) and in compliance with Patent L.R. 3-2 and 3-4;

IT IS FURTHER STIPULATED AND AGREED that GoPro will serve its Patent L.R. 3-8 Damages Contentions on May 25, 2017 (50 days after service of its amended Infringement Contentions);

1   IT IS FURTHER STIPULATED AND AGREED that Defendants will serve their Patent
2   L.R. 3-9 Responsive Damages Contentions on June 26, 2017 (30 days after service of the
3   Damages Contentions).
4   The parties previously stipulated to extend time to respond to the Complaint, to continue
5   the initial case management conference, and to serve invalidity contentions and exchange
6   preliminary claim constructions. This extension will not otherwise affect the schedule for the
7   case.

Dated:  March 7, 2017

*/s/ Mehrnaz Boroumand Smith*

STEVEN D. MOORE (Bar No. 290875)
smoore@kilpatricktownsend.com
MEHRNAZ BOROUMAND SMITH (Bar No. 197271)
mboroumand@kilpatricktownsend.com
DARIUS C. SAMEROTTE (Bar No. 296252)
dsamerotte@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Plaintiff GoPro, Inc.

Dated:  March 7, 2017

*/s/ Nathan B. Sabri*

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
ESTHER KIM CHANG (CA SBN 258024)
EChang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Dated: March 9, 2017

_____
Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Case No. 3:16-cv-03590-JST

- 3 -