KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (Bar No. 290875)
smoore@kilpatricktownsend.com
MEHRNAZ BOROUMAND SMITH (Bar No. 197271)
mboroumand@kilpatricktownsend.com
DARIUS C. SAMEROTTE (Bar No. 296252)
dsamerotte@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Plaintiff
GOPRO, INC.


MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
ESTHER KIM CHANG (CA SBN 258024)
EChang@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
C&A Marketing, Inc.; C&A Licensing, LLC;
and PLR IP Holdings, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOPRO, INC.<br><br>Plaintiff,<br><br>v.<br><br>C&A MARKETING, INC., C&A LICENSING, LLC, AND PLR IP HOLDINGS, LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:16-cv-03590-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DKT. NO. 39)**<br><br>Complaint Filed: June 27, 2016 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
Case No. 3:16-cv-03590-JST

Pursuant to Local Rule 6-1(b), Plaintiff GoPro, Inc. ("GoPro") and Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC ("Defendants") hereby stipulate as follows:

WHEREAS, on April 14, 2017, GoPro moved for leave to file an amended complaint (Dkt. No. 39);

WHEREAS, the parties are discussing a resolution that would avoid further motion practice related to Dkt. No. 39;

WHEREAS, the parties have not yet completed these discussions but nevertheless wish to avoid unnecessary briefing, if possible;

WHEREAS, Defendants' opposition is currently due on April 28, 2017, GoPro's reply is due May 5, 2017, and the hearing is not set until June 15, 2017, thus providing sufficient time to adjust the briefing schedule while maintaining at least fourteen days between GoPro's reply brief and the hearing;

IT IS HEREBY STIPULATED AND AGREED that the time by which Defendants may file an opposition to GoPro's Motion for Leave to File an Amended Complaint (Dkt. No. 39) is extended one week from April 28, 2017 to May 5, 2017;

IT IS FURTHER STIPULATED AND AGREED that the time by which GoPro shall reply to Defendants' responses to GoPro's Motion for Leave to File an Amended Complaint (Dkt. No. 39) is extended one week from May 5, 2017 to May 12, 2017.

The parties previously stipulated to extend time to respond to the Complaint, to continue the initial case management conference, to serve invalidity contentions and exchange preliminary claim constructions, and to serve damages contentions and responsive damages contentions. This extension will not otherwise affect the schedule for the case.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME - 2 -
Case No. 3:16-cv-03590-JST

| | |
|---|---|
| Dated: April 28, 2017 | Dated: April 28, 2017 |
| KILPATRICK TOWNSEND & STOCKTON LLP | MORRISON & FOERSTER LLP |
| */s/ Mehrnaz Boroumand Smith*<br>MEHRNAZ BOROUMAND | */s/ Nathan B. Sabri*<br>NATHAN B. SABRI |
| Attorneys for Plaintiff GoPro, Inc. | Attorneys for Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC |

**ATTESTATION OF E-FILED SIGNATURE**

I, Mehrnaz Boroumand Smith, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DKT. NO. 39)**. In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan B. Sabri has concurred in this filing.

Dated: April 28, 2017         */s/ Mehrnaz Boroumand Smith*
                              Mehrnaz Boroumand Smith

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 1, 2017            _____
                              Honorable Jon S. Tigar
                              United States District Judge

69318632V.1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
Case No. 3:16-cv-03590-JST

- 3 -