1  KILPATRICK TOWNSEND & STOCKTON LLP
   STEVEN D. MOORE (Bar No. 290875)
2  smoore@kilpatricktownsend.com
   MEHRNAZ BOROUMAND SMITH (Bar No. 197271)
3  mboroumand@kilpatricktownsend.com
   DARIUS C. SAMEROTTE (Bar No. 296252)
4  dsamerotte@kilpatricktownsend.com
   Two Embarcadero Center, Suite 1900
5  San Francisco, CA  94111
   Telephone:   415 576 0200
6  Facsimile:   415 576 0300

7  Attorneys for Plaintiff
   GOPRO, INC.
8

9  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (CA SBN 111664)
10 MJacobs@mofo.com
   NATHAN B. SABRI (CA SBN 252216)
11 NSabri@mofo.com
   ESTHER KIM CHANG (CA SBN 258024)
12 EChang@mofo.com
   425 Market Street
13 San Francisco, California  94105-2482
   Telephone: (415) 268-7000
14 Facsimile: (415) 268-7522

15 Attorneys for Defendants
   C&A Marketing, Inc.; C&A Licensing, LLC;
16 and PLR IP Holdings, LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOPRO, INC.<br><br>Plaintiff,<br><br>v.<br><br>C&A MARKETING, INC., C&A LICENSING, LLC, AND PLR IP HOLDINGS, LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:16-cv-03590-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW (DKT. NO. 40)**<br><br>Complaint Filed:     June 27, 2016 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
Case No. 3:16-cv-03590-JST

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-1(b), Plaintiff GoPro, Inc. ("GoPro") and Defendants C&A |
| 2 | Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC ("Defendants") hereby |
| 3 | stipulate as follows: |
| 4 | WHEREAS, on April 24, 2017, Defendants filed a Motion to Stay Litigation Pending |
| 5 | *Inter Partes* Review ("Motion to Stay") (Dkt. No. 40); |
| 6 | WHEREAS, GoPro requested a one week extension of time, and Defendants agreed to a |
| 7 | one week extension; |
| 8 | WHEREAS, GoPro's opposition is currently due on May 8, 2017, Defendants' reply is |
| 9 | due May 15, 2017, and the hearing is not set until June 15, 2017, thus providing sufficient time to |
| 10 | adjust the briefing schedule while maintaining at least fourteen days between Defendants' reply |
| 11 | brief and the hearing; |
| 12 | IT IS HEREBY STIPULATED AND AGREED that the time by which GoPro may file an |
| 13 | opposition to Defendants' Motion to Stay (Dkt. No. 40) is extended one week from May 8, 2017 |
| 14 | to May 15, 2017; |
| 15 | IT IS FURTHER STIPULATED AND AGREED that the time by which Defendants shall |
| 16 | reply to GoPro's opposition to Defendants' Motion to Stay (Dkt. No. 40) is extended one week |
| 17 | from May 15, 2017 to May 22, 2017. |
| 18 | The parties previously stipulated to extend time to respond to the Complaint, to continue |
| 19 | the initial case management conference, to serve invalidity contentions and exchange preliminary |
| 20 | claim constructions, to serve damages contentions and responsive damages contentions, and to |
| 21 | file an opposition brief to GoPro's Motion for Leave to File an Amended Complaint. This |
| 22 | extension will not otherwise affect the schedule for the case. |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME — - 1 -
Case No. 3:16-cv-03590-JST

| | |
|---|---|
| Dated: May 5, 2017 | Dated: May 5, 2017 |
| KILPATRICK TOWNSEND & STOCKTON LLP | MORRISON & FOERSTER LLP |
| */s/ Mehrnaz Boroumand Smith*<br>  MEHRNAZ BOROUMAND SMITH | */s/ Nathan B. Sabri*<br>  NATHAN B. SABRI |
| Attorneys for Plaintiff GoPro, Inc. | Attorneys for Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC |

**ATTESTATION OF E-FILED SIGNATURE**

I, Mehrnaz Boroumand Smith, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW (DKT. NO. 40)**. In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan B. Sabri has concurred in this filing.

Dated: May 5, 2017                                    */s/ Mehrnaz Boroumand Smith*
                                                                          Mehrnaz Boroumand Smith

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 8, 2017

_____
Honorable Jon S. Tigar
United States District Judge