KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (Bar No. 290875)
smoore@kilpatricktownsend.com
MEHRNAZ BOROUMAND SMITH (Bar No. 197271)
mboroumand@kilpatricktownsend.com
DARIUS C. SAMEROTTE (Bar No. 296252)
dsamerotte@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Plaintiff
GOPRO, INC.

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
ESTHER KIM CHANG (CA SBN 258024)
EChang@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
C&A Marketing, Inc.; C&A Licensing, LLC;
and PLR IP Holdings, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOPRO, INC.<br><br>Plaintiff,<br><br>v.<br><br>C&A MARKETING, INC., C&A LICENSING, LLC, AND PLR IP HOLDINGS, LLC,<br><br>Defendants.<br><br>―――――――――――――<br>AND RELATED COUNTERCLAIMS | Case No. 3:16-cv-03590-JST<br><br>**STIPULATION, NOTICE, AND [PROPOSED] ORDER RE: WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DKT. NO. 39)**<br><br>Complaint Filed: June 27, 2016 |

This Stipulation is entered into by Plaintiff GoPro, Inc. ("GoPro") and Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC ("Defendants"), subject to approval of the Court.

WHEREAS, on April 14, 2017, GoPro moved for leave to amend its complaint to assert United States Design Patent Nos. D657,811 and D644,679 ("the Design Patents") against Defendants (Dkt. No. 39);

WHEREAS, GoPro's proposed amended complaint accuses the Polaroid XS80, XS100, and XS100i cameras ("Accused Cameras") and the Polaroid XS80 and XS100 Lens Replacement Kits ("Accused Lens Replacement Kits") (collectively, "Accused Products") of infringing the Design Patents under 35 U.S.C. § 271 ("Design Patent Claims");

WHEREAS, Defendants have represented in their Opposition to GoPro's Motion for Leave to Amend that C&A Marketing sells well under 100 units of the Accused Products per month (Dkt. No. 44), and represented that the other Defendants do not sell the Accused Products;

WHEREAS, GoPro and Defendants wish to resolve the additional allegations presented in GoPro's proposed amended complaint without further litigation and without otherwise impacting this matter;

IT IS HEREBY STIPULATED AND AGREED:

1. Defendants, including any subsidiaries and controlling entities thereof, will not make, use, offer to sell, or sell within or import into the United States the Accused Products after May 15, 2017;

2. Defendants may reuse components of any Accused Cameras in their possession other than those included in the Accused Lens Replacement Kits, but will otherwise recycle or destroy any Accused Products remaining after May 15, 2017;

3. GoPro, in reliance on Defendants' above representations, withdraws its Motion for Leave to File an Amended Complaint (Dkt. No. 39), without prejudice to later assert the Design Patents if Defendants make, use, offer to sell, or sell within or import into the United States the Accused Products, or to later assert in a different action the Design Patents against other products that GoPro alleges infringe.

Dated: May 12, 2017                          Dated: May 12, 2017

KILPATRICK TOWNSEND & STOCKTON LLP          MORRISON & FOERSTER LLP

*/s/ Mehrnaz Boroumand Smith*                */s/ Nathan B. Sabri*
  MEHRNAZ BOROUMAND SMITH                      NATHAN B. SABRI

Attorneys for Plaintiff GoPro, Inc.          Attorneys for Defendants C&A
                                             Marketing, Inc.; C&A Licensing, LLC;
                                             and PLR IP Holdings, LLC

## ATTESTATION OF E-FILED SIGNATURE

I, Mehrnaz Boroumand Smith, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DKT. NO. 39)**.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan B. Sabri has concurred in this filing.


 Dated: May 12, 2017                         */s/ Mehrnaz Boroumand Smith*
                                             Mehrnaz Boroumand Smith


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: May 16, 2017                          _____
                                             Honorable Jon S. Tigar
                                             United States District Judge