KILPATRICK TOWNSEND & STOCKTON LLP
STEVEN D. MOORE (Bar No. 290875)
smoore@kilpatricktownsend.com
MEHRNAZ BOROUMAND SMITH (Bar No. 197271)
mboroumand@kilpatricktownsend.com
DARIUS C. SAMEROTTE (Bar No. 296252)
dsamerotte@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Plaintiff
GOPRO, INC.

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
ESTHER KIM CHANG (CA SBN 258024)
EChang@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
C&A Marketing, Inc.; C&A Licensing, LLC;
and PLR IP Holdings, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOPRO, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C&A MARKETING, INC., C&A LICENSING, LLC, AND PLR IP HOLDINGS, LLC,<br><br>　　　　　Defendants. | Case No. 3:16-cv-03590-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET AN EARLIER HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE THE DECLARATION OF ALAN C. BOVIK IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF (DKT. NO. 54)**<br><br>Complaint Filed:　　June 27, 2016 |
| AND RELATED COUNTERCLAIMS | |

This Stipulation is entered into by Plaintiff GoPro, Inc. ("GoPro") and Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC ("Defendants"), subject to approval of the Court.

WHEREAS, on May 19, 2017, GoPro moved to strike the Declaration of Alan C. Bovik in Support of Defendants' Responsive Claim Construction Brief (Dkt No. 54) ("Motion to Strike);

WHEREAS, the Motion to Strike concerns the Declaration of Alan C. Bovik in Support of Defendants' Responsive Claim Construction Brief (Dkt. No. 48-2) that Defendants filed with their Responsive Claim Construction Brief (Dkt No. 48) on May 12, 2017;

WHEREAS, the claim construction tutorial is scheduled for May 30, 2017 at 2:00 p.m., and the claim construction hearing is scheduled for June 12, 2017 at 1:30 p.m.;

WHEREAS, the Motion to Strike is currently scheduled to be heard on June 29, 2017 (the soonest available hearing under the local rules and court calendar), with opposition briefs due June 2, 2017 and reply briefs due June 9, 2017;

WHEREAS, good cause exists to set an earlier hearing schedule, as the parties would benefit from the Court's guidance in advance of the scheduled claim construction hearing, as the declaration directly relates to the claim construction record on which the parties will base their arguments at the claim construction hearing, and as the parties will already be before the Court prior to the hearing for the tutorial;

IT IS HEREBY STIPULATED AND AGREED:

1. The time by which Defendants may file an opposition to the Motion to Strike is shortened from June 2, 2017 to May 26, 2017;

2. GoPro waives its right to file a reply brief;

3. Good cause having been shown, the Parties request that the Court set a hearing date of May 30, 2017 at 2:00 p.m. to coincide with the already scheduled claim construction tutorial.

/ / /

/ / /

| | |
|---|---|
| Dated: May 19, 2017 | Dated: May 19, 2017 |
| KILPATRICK TOWNSEND & STOCKTON LLP | MORRISON & FOERSTER LLP |
| */s/ Mehrnaz Boroumand Smith*<br>MEHRNAZ BOROUMAND SMITH | */s/ Nathan B. Sabri*<br>NATHAN B. SABRI |
| Attorneys for Plaintiff GoPro, Inc. | Attorneys for Defendants C&A Marketing, Inc.; C&A Licensing, LLC; and PLR IP Holdings, LLC |

**ATTESTATION OF E-FILED SIGNATURE**

I, Mehrnaz Boroumand Smith, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO SET AN EARLIER HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE THE DECLARATION OF ALAN C. BOVIK IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF (DKT NO. 54)**. In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan B. Sabri has concurred in this filing.

Dated: May 19, 2017                     */s/ Mehrnaz Boroumand Smith*
                                        Mehrnaz Boroumand Smith

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 24, 2017                     _____
                                        Honorable Jon S. Tigar
                                        United States District Judge