| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>MEHRNAZ BOROUMAND SMITH (SBN 197271)<br>mboroumand@kilpatricktownsend.com<br>STEVEN D. MOORE (SBN 290875)<br>smoore@kilpatricktownsend.com<br>DARIUS C. SAMEROTTE (SBN 296252)<br>dsamerotte@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br><br>Attorneys for Plaintiff<br>GOPRO, INC. | MAURIEL KAPOUYTAIN WOODS LLP<br>JASON R. BARTLETT (SBN 214530)<br>jbartlett@mkwllp.com<br>JASON A. CROTTY (SBN 196036)<br>jcrotty@mkwllp.com<br>275 Battery Street, Suite 480<br>San Francisco, California 94111<br>Telephone: (415) 738-6228<br>Facsimile: (415) 738-2315<br><br>MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (SBN 111664)<br>mjacobs@mofo.com<br>NATHAN B. SABRI (SBN 252216)<br>nsabri@mofo.com<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Defendants<br>C&A MARKETING, INC., C&A LICENSING, LLC, and PLR IP HOLDINGS, LLC |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOPRO, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>C&A MARKETING, INC., C&A LICENSING, LLC, AND PLR IP HOLDINGS, LLC,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 16-cv-03590-JST<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Current Date: August 9, 2017<br>Proposed Date: August 23, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 9<br><br>Judge: Honorable Jon S. Tigar |



Plaintiff GoPro, Inc. ("GoPro") and Defendants C&A Marketing, Inc., C&A Licensing, LLC, and PLR IP Holdings, LLC (collectively "Defendants") hereby stipulate as follows:

1. WHEREAS, on July 24, 2017, the Court set a Further Case Management Conference for August 9, 2017 at 2:00 PM (Dkt. No. 81);

2. WHEREAS, GoPro's counsel of record are unavailable on August 9 and August 16, 2017; and

3. WHEREAS, GoPro and the Defendants have mutually agreed to request postponement of the August 9, 2017 Further Case Management Conference to August 23, 2017 to accommodate counsel's availability.

NOW, THEREFORE, the Parties jointly and respectfully request that that Court continue the Further Case Management Conference currently scheduled for August 9, 2017 to August 23, 2017, or any date thereafter as convenient for the Court.

**IT IS SO STIPULATED.**

DATED: July 31, 2017          Respectfully submitted,

                              KILPATRICK TOWNSEND & STOCKTON LLP


                              By: */s/ Darius Samerotte*
                                  DARIUS SAMEROTTE

                              Attorneys for Plaintiff
                              GOPRO, INC.


DATED: July 31, 2017          MAURIEL KAPOUYTIAN WOODS LLP


                              By: */s/ Jason R. Bartlett*
                                  JASON R. BARTLETT


                              Attorneys for Defendants
                              C&A MARKETING, INC. C&A LICENSING, LLC
                              AND PLR IP HOLDINGS, LLC



**CERTIFICATION PURSUANT TO CIVIL L.R 5-1(i)(3), RE
E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accord with the Northern District of California's Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: July 31, 2017             */s/ Darius Samerotte*
                                  DARIUS SAMEROTTE



## **ORDER GRANTING STIPULATION**

For the reasons set forth in the foregoing Stipulation, the Court finds that the parties have made a showing of good cause to continue the Case Management Conference in this action from August 9, 2017 to __August 23, 2017__, at _2 p.m._. The Joint Case Management Statement is due by _August 16, 2017_, at _5 p.m._.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 1, 2017

_____
The Honorable Jon S. Tigar

70002001V.1



JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER – CASE NO. 16-cv-03590-JST

- 3 -